IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. ARMSTRONG, </br>Reg. No. 21331-017, </br></br>    Plaintiff, </br></br>v. </br></br>WALTER WOODS, *et al.*, </br></br>    Defendants. | )</br>)</br>)</br>)</br>)</br>) CIVIL ACTION NO.</br>) 2:18-CV-161-RAH-SRW</br>)       [WO]</br>)</br>)</br>) |

**ORDER**

On February 23, 2021, the Magistrate Judge filed a Recommendation (Doc. 60) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 60) is ADOPTED.

2. To the extent the Defendants seek dismissal of this case due to the Plaintiff's failure to exhaust properly an administrative remedy available to the Plaintiff during his confinement at FPC Montgomery before initiating this civil action, the Motion to Dismiss (Doc. 28, 38) is GRANTED.

3. This case is DISMISSED with prejudice for Plaintiff's failures to exhaust an administrative remedy available to him during his confinement at FPC Montgomery.

4. No costs shall be taxed.

A final judgment will be entered separately.

DONE, on this the 17th day of March, 2021.

                                 /s/ R. Austin Huffaker, Jr.
                              R. AUSTIN HUFFAKER, JR.
                              UNITED STATES DISTRICT JUDGE